UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE R. JOHNSON, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 1:21-cv-04117 |
| v. | ) ) ) |
| HARLEY-DAVIDSON FINANCIAL SERVICES, INC., | ) ) |
| Defendant. | |

**DEFENDANT HARLEY-DAVIDSON FINANCIAL SERVICES, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Harley-Davidson Financial Services, Inc. ("HDFS"), by and through its undersigned counsel, hereby applies for entry of an Order extending the time for HDFS to answer or otherwise move in response to the Complaint filed by Plaintiff in the above captioned matter, as follows:

1. Plaintiff filed her Complaint on August 3, 2021. ECF No. 1.

2. On August 10, 2021, HDFS executed a Waiver of Service, and its response to the Complaint is due October 11, 2011. ECF No. 7.

3. HDFS seeks additional time to investigate the matter and explore resolution with Plaintiff.

4. On October 4, 2021, counsel for HDFS conferred with counsel for Plaintiff, and Plaintiff consents to this extension.

5.      HDFS requests that the time in which it may answer, move or otherwise respond to Plaintiff's Complaint be extended by fourteen (14) days, up to and including October 25, 2021.

6.      This Motion is not being presented to cause unnecessary delay, or for any other improper purpose. To the contrary, the requested extension should not delay the progression of this case in any material respect.

7.      This is HDFS first request for an extension of time. The requested extension does not prejudice the parties.

WHEREFORE, Harley-Davidson Financial Services, Inc. respectfully requests that this Honorable Court grant its Consented Motion for Extension of Time to Respond to Plaintiff's Complaint, and enter an order allowing HDFS up to and including October 25, 2021, to respond to the Complaint.

Dated: October 5, 2021                      Respectfully submitted,

By:    */s/ Benjamin J. Sitter*
Benjamin J. Sitter
Blaec C. Croft
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-7904
bsitter@mcguirewoods.com
bcroft@mcguirewoods.com

*Attorneys for Defendant*
*Harley-Davidson Financial Services, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was electronically filed on this day, October 5, 2021, with the Clerk of the Court using the CM/ECF system which will send notice of service to all attorneys of record.

/s/ *Benjamin J. Sitter*
Benjamin J. Sitter
