# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE R. JOHNSON, individually, and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:21-cv-04117 |
| v. | )<br>) |
| HARLEY-DAVIDSON FINANCIAL SERVICES, INC., | )<br>)<br>) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Blaec C. Croft, of McGuireWoods LLP, on behalf of Defendant Harley-Davidson Financial Services, Inc. in the above-captioned matter.

Dated: October 5, 2021

Respectfully submitted,

/s/ Blaec C. Croft
Blaec C. Croft
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6057
Email: bcroft@mcguirewoods.com

*Attorney for Defendant Harley-Davidson Financial Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2021, I caused the foregoing document to be filed with the Clerk of the Court and served upon on all counsel of record via the Court's CM/ECF system.

                                              */s/ Blaec C. Croft*
                                              Blaec C. Croft